

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CARLTON TATUM,<br><br>Plaintiff,<br><br>v.<br><br>BRICKELL FINANCIAL SERVICES MOTOR CLUB, INC. d/b/a ROAD AMERICA MOTOR CLUB, a Florida corporation and SING FOR SERVICE, LLC d/b/a MEPCO, an Illinois corporation<br><br>Defendants. | Case No. 4:20-cv-1296P |

## NOTICE OF DISMISSAL WITH PREJUDICE
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Carlton Tatum ("Tatum") hereby voluntarily dismisses this matter with prejudice as to all claims and all parties, with each party to bear its own attorneys' fees and costs.

Dated: 3-24, 2021

Respectfully Submitted,

By: _____

Carlton Tatum
Plaintiff, Pro Se
1804 Deer Crossing Drive
Arlington, TX 76002