IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CARLTON TATUM, | § | |
| | § | |
|   Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-01296-P |
| | § | |
| BRICKELL FINANCIAL | § | |
| SERVICES MOTOR CLUB, INC. | § | |
| ET AL., | § | |
| | § | |
|   Defendants. | § | |

## FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the Order Granting Dismissal (ECF No. 12):

It is **ORDERED, ADJUDGED, and DECREED** that this civil action is **DISMISSED without prejudice**.

The Clerk shall transmit a true copy of this Final Judgment to the parties.

**SO ORDERED** on this **12th day** of **April 2021.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE